UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                         Plaintiff,

      -against-

WESTERN WORLD INSURANCE COMPANY,

                         Defendant.
-------------------------------------------------------------------X

**ENDORSED ORDER**

Civil Action No: 22-cv-7727 (RER)(JAM)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice with respect to Liberty Mutual's claims for reimbursement of past costs, and without prejudice with respect to all other claims asserted by Liberty Mutual against the defendant Western World Insurance Company, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Marshall T. Potashner, Esq
Jaffe & Asher, LLP
445 Hamilton Avenue, Suite 405
White Plains, New York 10601
(212) 687-3000
*Counsel for Plaintiff*

_____
Jeffrey A. Mathews, Esq,
Law Offices of Jeffrey Mathews
28 Liberty Street, 22nd Floor
New York, New York 10005
(718) 250-1400
*Counsel for Defendant*

So Ordered: Date 4/30/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.